Argued and submitted July 30,
remanded for resentencing August 18, 1980

STATE OF OREGON,
*Respondent,*
*v.*
DAVID RAND PARSHALL,
*Appellant.*

(No. 10-79-07199, CA 15670)

615 P2d 402

Marilyn C. McManus, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

W. Benny Won, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges.

PER CURIAM

## PER CURIAM

The state concedes that a condition of defendant's probation, *viz.,* that he submit to chemical analysis of his breath, blood or urine upon the request of any law enforcement officer, physician or other person licensed to analyze human blood, breath or urine, is overbroad. *See State v. McGivney,* 36 Or App 885, 585 P2d 767 (1978). The case is remanded to the trial court for resentencing. In all other respects, the judgment of the trial court is affirmed.

Remanded for resentencing.